LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: leonel@stubbsleone.com
leedc@stubbsleone.com

Attorneys for Defendants
BRENTWOOD UNION SCHOOL DISTRICT,
LAURI JAMES, MERRILL GRANT, MARGARET KRUSE,
MARGO OLSON and JEAN ANTHONY

MARK DAVIS, ESQ. (SBN: 79936)
**DAVIS & YOUNG**
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone: (408) 244-2166
Facsimile: (408) 244-7815
E-Mail: mdavis@davisyounglaw.com

Attorneys for Defendant, DINA HOLDER

PETER W. ALFERT, ESQ. (SBN: 83139)
**HINTON ALFERT & KAHN LLP**
200 Pringle Ave., Ste. 450
Walnut Creek, CA 94596
Telephone: (925) 279-3009
Facsimile: (925) 279-3342
E-Mail: palfert@hintonalfert.com

TODD BOLEY, ESQ. (SBN: 68119)
1212 Broadway, 16th Floor
Oakland, CA 94607
Telephone: (510) 836-4500
Facsimile: (510) 649-5170
E-Mail: boley@boleylaw.com

Attorneys for Plaintiffs

UNITED SATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALPHONSO GUERRERO, IRENE GUERRERO, A.G., a minor by and through his guardian ad litem ALPHONSO GUERRERO, JEFF MCDOUGAL, CINDY MCDOUGAL, A.M., a minor by and through his guardian ad litem, JEFF MCDOUGAL, CLAY PLUMMER, JENNIFER PLUMMER, J.P., a minor by and through her guardian ad litem CLAY PLUMMER, JOHN REYNOLDS, CINDY REYNOLDS, P.R., a minor by and through her guardian ad litem JOHN REYNOLDS, PHILIP RODRIGUEZ, JENNIFER RODRIGUEZ, R.R.,a minor by and through her guardian ad litem PHILIP RODRIGUEZ, TANIA STREETE, B.S., a minor by and through his guardian ad litem TANIA STREETE, K.G., a minor by and through his guardian ad litem SYLVIA GALLEGOS, L.L., a minor by and through his guardian ad litem JIM LARK,

Plaintiffs,

vs.

BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, LAURI JAMES, MERRILL GRANT, MARGARET KRUSE, MARGO OLSON, JEAN ANTHONY and DOES 1-30,

Defendants,

**Case No.: C 13-3873 LB**

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONSOLIDATE ACTIONS C 13-3873 LB and C 13-5391 LB FOR ALL PURPOSES**

ALPHONSO GUERRERO, IRENE GUERRERO, A.G., a minor by and through his guardian ad litem ALPHONSO GUERRERO, JEFF MCDOUGAL, CINDY

**Case No.: C 13-5391 LB**

MCDOUGAL, A.M., a minor by and through his guardian ad litem, JEFF MCDOUGAL, CLAY PLUMMER, JENNIFER PLUMMER, J.P., a minor by and through her guardian ad litem CLAY PLUMMER, JOHN REYNOLDS, CINDY REYNOLDS, P.R., a minor by and through her guardian ad litem JOHN REYNOLDS, PHILIP RODRIGUEZ, JENNIFER RODRIGUEZ, R.R.,a minor by and through her guardian ad litem PHILIP RODRIGUEZ, TANIA STREETE, B.S., a minor by and through his guardian ad litem TANIA STREETE, K.G., a minor by and through his guardian ad litem SYLVIA GALLEGOS, L.L., a minor by and through his guardian ad litem JIM LARK,

Plaintiffs,

vs.

BRENTWOOD UNION SCHOOL DISTRICT, DINA HOLDER, LAURI JAMES, MERRILL GRANT, MARGARET KRUSE, MARGO OLSON, JEAN ANTHONY and DOES 1-30,

Defendants,

The parties to the above captioned cases hereby stipulate by and through their undersigned counsel of record as follows:

United States District Court Action No. C 13-3873 LB entitled Guerrero et al. v. Brentwood Union School District, et al. and United States District Court Action No. C 13-5391 LB also entitled Guerrero et al. v. Brentwood Union School District, et al. shall be consolidated for all purposes, including but not limited to discovery, trial, settlement, judgment and post trial proceedings and appeal.

The consolidated action will now bear Action No. C 13-3873 LB.

Dated: November 25, 2013

**STUBBS & LEONE**

By: /s/

LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants
BRENTWOOD UNION SCHOOL DISTRICT, LAURI JAMES, MERRILL GRANT, MARGARET KRUSE, MARGO OLSON and JEAN ANTHONY

Dated: November 25, 2013

**DAVIS & YOUNG**

By: /s/

MARK E. DAVIS, ESQ.
Attorneys for Defendant DINA HOLDER

Dated: November 25, 2013

**LAW OFFICES OF TODD BOLEY**

By: /s/

TODD BOLEY, ESQ.
Attorneys for Plaintiffs

Dated: November 25, 2013

**HINTON ALFERT & KAHN LLP**

By: /s/
PETER W. ALFERT, ESQ.
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 3, 2013

MAGISTRATE JUDGE LAUREL BEELER